THE STATE OF OHIO, APPELLEE, *v.* COCKRELL, APPELLANT.

[Cite as *State v. Cockrell* (1994), 70 Ohio St.3d 643.]

(No. 94–1090—Submitted August 17, 1994—Decided November 9, 1994.)

*John W. Baker,* Knox County Prosecuting Attorney, for appellee.

*Daniel L. Cockrell, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated by the court of appeals.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.